# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2025-1292
Lower Tribunal No. 2023-CA-013986-O

_____

DOUGLAS ANTHONY KEGLER, as Trustee of the
DOUGLAS ANTHONY KEGLER TRUST,

Appellant,

v.

JPMORGAN CHASE BANK, N.A.,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
Chad K. Alvaro, Judge.

August 4, 2026

PER CURIAM.

AFFIRMED.

WHITE, SMITH and PRATT, JJ., concur.


Steven L. Brannock and Sarah B. Roberge, of Brannock Berman & Seider, Tampa, and Tucker H. Byrd and Scottie N. McPherson, of Byrd Campbell, P.A., Winter Park, for Appellant.

Kimberly S. Mello, Courtney M. Keller, and Savannah L. Young, of Greenberg Traurig, P.A., Orlando, and Joseph Coates III, of Greenberg Traurig, P.A., West Palm Beach, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED